

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

October 31, 2011

**By ECF**
Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Government Employee Insurance Co., et al. v. One of the Best, Inc., et al.
      Docket No.: CV 10-4287 (NGG)
      Our File No.: 005100-00003

Dear Judge Garaufis:

Enclosed please find a stipulation of dismissal, with prejudice, that has been signed by counsel for all parties. We would request that the Court So-Order the stipulation at Your Honor's convenience. We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

*Barry I. Levy*

Barry I. Levy

BIL/lg

cc:   Magistrate-Judge Robert M. Levy
      All counsel via ECF

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495