
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 0 4 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO
CASUALTY CO.,

           Plaintiffs,

-against-

ONE OF THE BEST, INC.,
NATELA PINKHASOV,
BONNE SANTO, INC.,
MARLON OSORIO;
GNK MEDICAL SUPPLY, INC.,
YAKOV AMINOV,
PROVVEDERE, INC.,
JOHN DOE "1" (Identity not presently known but
intended to be the owner of Provvedere, Inc.),
JIAN KANG, INC.,
JOHN DOE "2" (Identity not presently known but
intended to be the owner of Jian Kang, Inc.),
SER SANO, INC., and
JOHN DOE "3" (Identity not presently known but
intended to be the owner of Ser Sano, Inc.),

           the "Retail Defendants,"

-and-

JOHN DOE COMPANIES "1"-"10" (Identity not
presently known)
           the "Wholesale Defendants,"

-and-

RAPUZZI, PALUMBO & ROSENBERGER, P.C.,

           Defendants.
-----------------------------------------X

Docket No.: CV 10-4287
(NGG)(RML)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively referred to as "GEICO" or "Plaintiff") and

counsel for all of the Defendants, that all claims, cross-claims and/or counterclaims by and between the Plaintiffs and Defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs and the Defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

Dated: October 26, 2011

RIVKIN RADLER LLP

By: _____
Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

KENNETH C. HENRY, JR., ESQ.

By: _____
Kenneth C. Henry, Jr., Esq.
900 Merchant Concourse, Suite 303
Westbury, NY 11590
(516) 227-2200

*Counsel for Defendants, One of the Best, Inc., Natela Pinkhasov, Bonne Santo, Inc., Marlon Osorio, Provvedere, Inc., Jian Kang, Inc., Ser Sano, Inc. and John Doe "1" through John Doe "3".*

BLODNICK FAZIO & ASSOCIATES, P.C.

By: _____
Edward K. Blodnick, Esq.
1325 Franklin Avenue, Suite 375
Garden City, New York 11530
(516) 280-7105

*Counsel for Defendant, Rapuzzi, Palumbo & Rosenberger, P.C.*

MATTHEW J. CONROY & ASSOCIATES, P.C.

By: _____
Matthew J. Conroy, Esq.
350 Old Country Road, Suite 106
Garden City, New York 11530
(516) 248-2425

*Counsel for Defendants, GNK Medical Supply, Inc. and Yakov Aminov*

So ordered.

s/Nicholas G. Garaufis

11/3/11

2